AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LOUIS SCARANTINO, Individually and On Behalf of All Others Similarly Situated, *Plaintiff(s)* | )<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. ~~5:17-cv-04857~~  4:17-cv-04857-YGR |
| SHORETEL, INC., et al.<br>(See Schedule A)<br>*Defendant(s)* | )<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See Attachment A.


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Rosemary Rivas
    Levi & Korsinsky, LLP
    44 Montgomery Street, Suite 650
    San Francisco, CA, 94104
    415-291-2420

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:  ~~08/22/2017~~  8/23/2017



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:17-cv-04857

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

[Print] [Save As...] [Reset]

## **SCHEDULE A**

SHORETEL, INC., DON JOOS, MARJORIE BOWEN, MARK BREGMAN, KENNETH DENMAN, CHARLES KISSNER, SHANE ROBISON, CONSTANCE SKIDMORE, JOSEF VEJVODA, MITEL US HOLDINGS, INC., SHELBY ACQUISITION CORPORATION, and MITEL NETWORKS CORPORATION,

    Defendants.

**Attachment A**

ShoreTel, Inc.
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Marjorie Bowen
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Kenneth Denman
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Shane Robison
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Josef Vejvoda
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Shelby Acquisition Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Don Joos
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Mark Bregman
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Charles Kissner
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Constance Skidmore
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

Mitel US Holdings Inc.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Mitel Networks Corporation
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801